175 A.3d 147

**OWENS, Tavon Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 308, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1517, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 147

**POOLE, Bryan Lamont**

v.

**STATE of Maryland**

**Pet. Docket No. 336, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 2400, Sept.Term, 2014).

Petition for writ of certiorari denied